FILED
OCT 02 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8826

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ricardo RUIZ | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 1, 2007, within the Southern District of California, defendant Ricardo RUIZ did knowingly and intentionally import approximately 24.00 kilograms (52.80 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad N. Worgen
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 2nd DAY OF OCTOBER 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ricardo RUIZ

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On October 1, 2007, Ricardo RUIZ entered the United States at the Calexico, CA, West Port of Entry. RUIZ was the driver and registered owner of a 2006 Nissan Frontier. Customs and Border Protection Officer (CBPO) Sabori, E. received a negative Customs declaration. CBPO Sabori tapped the spare tire and it felt solid. CBPO Sabori escorted both RUIZ and his vehicle into the secondary lot for a more intensive inspection.

In vehicle secondary, CBPO Garcia, E. received a negative oral Custom declaration. CBPO Garcia requested Canine Enforcement Officer (CEO) Caldera, K. to screen the vehicle with his canine. CEO Caldera informed CBPO Garcia that his canine alerted to the vehicle. After further inspection of the vehicle, CBPO Garcia discovered a total of 21 packages within the spare tire. CBPO Garcia probed a package producing a white powdery substance that tested positive for cocaine. The total weight of the packages was 24.00 kilograms (52.80 pounds).

RUIZ was arrested for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. Special Agent (SA) Worgen read RUIZ his constitutional rights per Miranda. RUIZ waived his rights, agreeing to make a statement.

RUIZ admitted knowledge of controlled substances within the vehicle. RUIZ stated that he was to be paid $500.00 to cross the vehicle from the United States from Mexico.