**MARY A. FRANKLIN (SBN 80058)**
Attorney at Law
P.O. Box 152318
San Diego, California   92195
Tel:  (619) 464-2048

Attorney for **RICARDO RUIZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No.:  07CR2965-JM |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| **v.** | ) | |
| | ) | |
| **RICARDO RUIZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES,** MARY A. FRANKLIN, counsel for RICARDO RUIZ, and Assistant United States Attorney, CALEB MASON, that the sentencing hearing currently set for April 4, 2008, be rescheduled to May 30, 2008 at 9:00 a.m.

Dated:  March 31, 2008        /S/   MARY A. FRANKLIN
                                            MARY A. FRANKLIN
                                            Attorney for Defendant, RICARDO RUIZ

Dated:  March 31, 2008        /S/ CALEB MASON
                                            CALEB MASON
                                            Assistant United States Attorney