UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07CR2965JM |
| ) | |
| Plaintiff, ) | |
| ) | PROOF OF SERVICE |
| v. ) | |
| ) | |
| RICARDO RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

P. O. Box 152318
San Diego, CA  92195

On April 1, 2008, I served the foregoing document described below as:

JOINT MOTION TO CONTINUE SENTENCING HEARING

By the following method:

( )  **BY MAIL**
    By mailing (by first class mail, post prepaid) copies to parties named below by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

( )  **BY FACSIMILE AND MAIL**
    I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
    The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

/ / / / /

_____

( )   **BY PERSONAL SERVICE**   I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.

Received in their stead: _____ at:

**(X)   CM/ECF filing.**

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2008, at San Diego, California.

/S/   MARY A. FRANKLIN
MARY A. FRANKLIN