**MARY A. FRANKLIN (SBN 80058)**
Attorney at Law
P.O. Box 152318
San Diego, California  92195
Tel:  (619) 464-2048

Attorney for **RICARDO RUIZ**

<br>

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No.:  07CR2965-JM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ATTORNEY |
| | ) | MARY A. FRANKLIN |
| v. | ) | |
| | ) | |
| **RICARDO RUIZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I, MARY A. FRANKLIN, declare as follows:

I am the court-appointed attorney for the above-named defendant.  In order to properly prepare for his sentencing, it is necessary that Mr. RUIZ be debriefed.  A debrief meeting has been scheduled, but not yet held.  It is anticipated that after the meeting, time will be needed to investigate any information provided.  Mr. RUIZ is presently facing a minimum/mandatory 10 year sentence.  This debrief process is necessary in an effort to provide for a lesser sentence.

/ / / / /

/ / / / /

1  I declare that all of the above is true and correct.  I respectfully request that this
2  declaration be sealed.

Respectfully submitted,

Dated:  April 1, 2008            /S/      MARY A. FRANKLIN
                                 MARY A. FRANKLIN
                                 Attorney for Defendant
                                 RICARDO RUIZ